MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5066
   joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> BALARKISHAN PATWARDHAN, ) <br> ) <br>    Defendants. ) <br> ) | No. CR 13-00200 EJD <br><br> STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

     The matter is set for a status conference on June 24, 2013. The parties now jointly request that the June 24, 2013 status conference be continued to July 29, 2013 to allow defense counsel additional time to review discovery and to discuss a potential resolution of the case. In light of the above, the parties agree, and the Court finds and holds, as follows:

     1. The June 24, 2013 status conference date is vacated.

     2. This matter is set before this Court for status conference on July 29, 2013.

     3. The time between June 24, 2013 and July 29, 2013 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the

STIPULATION AND [PROPOSED] ORDER
CR 13-00200 EJD

exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

DATED: 6/13/13                /s/
                                                 JAMES THOMAS REILLY
                                                 Defense Counsel

DATED: 6/13/13                /s/
                                                 JOSEPH FAZIOLI
                                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/21/2013
                                               EDWARD J. DAVILA
                                               UNITED STATES DISTRICT JUDGE